IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ADDVANTAGE TECHNOLOGIES GROUP, INC. | § | CASE NO. 24-40225 (Chapter 7) |
| | § | |
| DEBTOR | § | |

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| NAVE COMMUNICATIONS COMPANY, | § | CASE NO. 24-40227 (Chapter 7) |
| | § | |
| DEBTOR | § | |

**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT WITH PALCO TELECOM SERVICES, INC.**

On this day came on for consideration, the Motion for Approval of Settlement Agreement with Palco Telecom Services, Inc. ("***Motion***")[1] filed by Linda S. Payne, Chapter 7 Trustee ("***Trustee***"). The Court, after considering the Motion and the lack of any timely objection or response to the Motion, finds that the relief sought is in the best interests of the estate and that the provisions of Federal Rule of Bankruptcy Procedure 9019 have been satisfied. **IT IS THEREFORE,**

**ORDERED** that the Motion is granted. **IT IS FURTHER,**

**ORDERED** that the Trustee is authorized to enter into the Agreement. **IT IS FURTHER,**

**ORDERED** that the Court retains jurisdiction to enforce, implement and interpret the terms of this Order and Agreement and all other matters addressed herein. **IT IS FURTHER,**

[1] Capitalized terms used herein shall have the meaning ascribed to them in the Motion.

**ORDERED** that the stay requirement of Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived.

Signed on 08/06/2026

Brenda T. Rhoades SD

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE